```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -  X
                                        :
 UNITED STATES OF AMERICA               :   AFFIRMATION
                                        :
            - v.-                       :   07 Mag. 0014
                                        :
 BLAUDIN FEDERICO MEJIA,                :
   a/k/a "Blaudin Federico Mejia-Torres,":
   a/k/a "Angel Monhtanez,"             :
   a/k/a "Angel Montamez,"              :
   a/k/a "Angel Montanez,"              :
   a/k/a "Blady,"                       :
   a/k/a "Bladys Mejia,"                :
   a/k/a "Bigotes,"                     :
                                        :
                    Defendant.          :
- - - - - - - - - - - - - - - - - - -  X
```

SOUTHERN DISTRICT OF NEW YORK, ss:

ALEXANDER J. WILLSCHER, being duly sworn, deposes and says that he is an Assistant United States Attorney in the Office of Michael J. Garcia, United States Attorney for the Southern District of New York; that he is in charge of the above-entitled matter; that BLAUDIN FEDERICO MEJIA, a/k/a "Blaudin Federico Mejia-Torres," a/k/a "Angel Monhtanez," a/k/a "Angel Montamez," a/k/a "Angel Montanez," a/k/a "Blady," a/k/a "Bladys Mejia," a/k/a "Bigotes," (NYSID #7493837N; FBI # 201640WA9; DOB: 05/06/1976, DOB: 02/02/1979), who is now detained at the Manhattan Detention Complex, 125 White Street, New York, New York, 10013, has been charged in a complaint with unlawfully, willfully, and knowingly entering and being found in the United States, after having been removed from the United States subsequent to a conviction for the commission of a felony, in violation of Title 8, United States Code, Sections 1326(a)

and (b)(1).

By this application, the Government seeks a writ of habeas corpus ad prosequendum, so that BLAUDIN FEDERICO MEJIA, the defendant, can be brought before this Court to be available for prosecution in the above-entitled matter.  No previous application for similar relief has been made.

WHEREFORE, your deponent respectfully prays that a writ of habeas corpus ad prosequendum issue, directing the Warden of the Manhattan Detention Complex, 125 White Street, New York, New York, 10013, Special Agents Scott Byers and Thomas Duane of the Federal Bureau of Investigation, the United States Marshal for the Southern District of New York, or other law enforcement officers designated by the United States Marshal for the Southern District of New York, to transport the above-named defendant and produce him to the custody of the warden or the person there in charge, before the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York 10007, there to be available for prosecution, as soon as the defendant is available and no later than on or about January 20, 2007.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT, PURSUANT TO TITLE 28, UNITED STATES CODE, SECTION 1746.

>    /s/ Alexander J. Willscher
>    ALEXANDER J. WILLSCHER
>    Assistant United States Attorney
>    P: (212) 637-2736
>    F: (212) 637-0016

Dated:   January 8, 2007
         New York, New York