UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

        - v.-

BLAUDIN FEDERICO MEJIA,

               Defendant.

- - - - - - - - - - - - - - - - - - x



**INDICTMENT**

07 Cr. 574

**COUNT ONE**

The Grand Jury charges:

From at least in or about December 2005, through and including the present, in the Southern District of New York and elsewhere, BLAUDIN FEDERICO MEJIA, the defendant, being an alien, unlawfully, willfully, and knowingly did enter and was found in the United States, after having been removed from the United States subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction on or about October 22, 2003, in the Supreme Court of New York, Bronx County, for reckless endangerment in the first degree, a class D felony, without having obtained the express consent of the Attorney General of the United States or his successor, the Secretary of the Department of Homeland Security, to his reapplying for admission.

(Title 8, United States Code, Sections 1326(a) and (b)(2).)

_____
      FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v -

BLAUDIN MEDIA,

      Defendant.

## INDICTMENT

07 Cr.

(8 U.S.C. § 1326(a) and (b)(2).)

              MICHAEL J. GARCIA
             United States Attorney.

**A TRUE BILL**

*[signature]*
                Foreperson.

*[handwritten]* June 25, 2007
Indictment filed
Case assigned to Judge Daniels.
Freeman, USMJ