U.S. Department of Justice



United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: JUN 2 7 2007

June 26, 2007

By Facsimile

Honorable George B. Daniels
United States District Judge
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

SO ORDERED

*George B Daniels*

DANIELS
JUN 2 7 2007

Re:  United States v. Blaudin Mejia
     07 Cr. 574
     07 Mag. 0014

Dear Judge Daniels:

Yesterday, a Grand Jury sitting in this District returned an indictment in the above-captioned case. The case was assigned to Your Honor, and concerns violations of 8 U.S.C. § 1326(a) and (b)(1). Your Deputy Clerk requested that I fax Your Honor a copy of the indictment, which is enclosed. I have also attached a copy of the complaint filed in Magistrate Court on January 8, 2007.

The parties respectfully request that the defendant's initial appearance be rescheduled from Thursday, June 28, 2007 at 9:30 a.m. to Thursday, July 12, 2007, or another date and time convenient for the Court. I have spoken with the defendant's attorney, Telesforo De Valle, Esq., who informs me that he will be out of town from June 28th through July 6th.

Please let me know if you have any questions or concerns. Thank you.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Rua M. Kelly
Assistant United States Attorney
(212) 637-2471

cc:  Telesforo De Valle, Esq. (via facsimile w/enclosures)