UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

BLAUDIN FEDERICO MEJIA,

          Defendant.

- - - - - - - - - - - - - - - - x

UNSEALING ORDER

07 Cr. 574 (GBD)

The United States of America, by Michael J. Garcia, United States Attorney for the Southern District of New York, and Rua M. Kelly, Assistant United States Attorney, of counsel, hereby make this application to this Court for an Order to unseal the Information and the transcript of the defendant's plea allocution in the above-captioned matter.

                    MICHAEL J. GARCIA
                    United States Attorney
                    Southern District of New York

By: _____
    Rua M. Kelly
    Assistant United States Attorney
    Southern District of New York
    (212) 637-2532/2471

IT IS SO ORDERED:

Dated: New York, New York
      July ___, 2008
      JUL 2 2 2008

_____
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK
**HON. GEORGE B. DANIELS**

0293