UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 9/13/07
```

- - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA

        - v.-

BLAUDIN FEDERICO MEJIA,

           Defendant.

        :  **INFORMATION**
        :
        :
        : S1 07 Cr. 574 (GBD)
        :

- - - - - - - - - - - - - - - - -  X

<u>COUNT ONE</u>

    The United States Attorney charges:

    1.   From in or about December 2005 until at least in or about January 2007, in the Southern District of New York and elsewhere, BLAUDIN FEDERICO MEJIA, the defendant, and others known and unknown, unlawfully, intentionally, and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

    2.   It was a part and an object of the conspiracy that BLAUDIN FEDERICO MEJIA, the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, five kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of Sections 812, 841(a)(1) and 841(b)(1)(A) of Title 21, United States Code.

    (Title 21, United States Code, Section 846.)

COUNT TWO

The United States Attorney further charges:

3.    On or about October 19, 2006, in the Southern District of New York and elsewhere, BLAUDIN FEDERICO MEJIA, the defendant, unlawfully, intentionally, and knowingly, did distribute and possess with intent to distribute a controlled substance, to wit, approximately 99 kilograms of mixtures and substances containing a detectable amount of cocaine.

(Title 21, United States Code, Sections 812,
841(a)(1) and 841(b)(1)(A);
Title 18, United States Code, Section 2.)

COUNT THREE

The United States Attorney further charges:

4.    From in or about April 2001 until at least in or about 2003, in the Southern District of New York and elsewhere, BLAUDIN FEDERICO MEJIA, the defendant, and others known and unknown, unlawfully, intentionally, and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

5.    It was a part and an object of the conspiracy that BLAUDIN FEDERICO MEJIA, the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, five kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of Sections 812, 841(a)(1) and 841(b)(1)(A)

-2-

of Title 21, United States Code.

(Title 21, United States Code, Section 846.)

COUNT FOUR

The United States Attorney further charges:

6.    From in or about 1994 until in or about 1999, in the Southern District of New York, BLAUDIN FEDERICO MEJIA, the defendant, being an alien admitted to the United States under a non-immigrant visa, unlawfully, willfully, and knowingly did possess in and affecting interstate commerce, a firearm, to wit, one Colt .45 caliber revolver and one "Tec-9"-style handgun, each of which previously had been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Section 922(g)(5)(B).)

COUNT FIVE

The United States Attorney further charges:

7.    From at least in or about December 2005, through and including the present, in the Southern District of New York and elsewhere, BLAUDIN FEDERICO MEJIA, the defendant, being an alien, unlawfully, willfully, and knowingly did enter and was found in the United States, after having been removed from the United States subsequent to a conviction for the commission of a felony, to wit, a conviction on or about October 22, 2003, in the Supreme Court of New York, Bronx County, for reckless endangerment in the first degree, a class D felony, without

-3-

having obtained the express consent of the Attorney General of

the United States or his successor, the Secretary of the

Department of Homeland Security, to his reapplying for admission.

(Title 8, United States Code, Sections 1326(a) and (b)(1).)


_Michael J. Garcia_
_____
MICHAEL J. GARCIA
United States Attorney

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

**- v. -**

**BLAUDIN FEDERICO MEJIA,**

**Defendant.**

**INFORMATION**

07 Cr. \_\_\_\_\_

(Title 21, United States Code,
Sections 812, 841(a)(1) and (b)(1)(A),
and 846; Title 18, United States Code,
Sections 922(g)(5)(B) and 2; and Title 8,
United States Code, Section 1326(a)
and (b)(1).)

MICHAEL J. GARCIA
United States Attorney.