UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA         :

      v.                                              :

BLAUDIN MEJIA,                            :         S(1) 07 Cr. 574 (GBD)

            Defendant.          :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

        The above-named defendant, who is accused of violating Title 21, United States Code. Section 846, Title 21, United States Code, Section 841(b)(1)(A), Title 18, United States Code, Section 922(g)(5)(B) and Title 8, United States Code, Sections 1326(a) and (b)(1), being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                                     _____
                                                   Defendant

                                                   _____
                                                   Witness

                                                    _____
                                                   Counsel for Defendant

Date:  New York, New York
          September 13, 2007

0202



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
D____
D____ 9/13/07