UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

BLAUDIN MEJIA,

                Supervisee.

No. 07-cr-574 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    IT IS HEREBY ORDERED the parties shall appear before the Court on Tuesday, May 11, 2021 at 2:00 p.m. for a conference in connection with Supervisee's alleged violation of the terms of his supervised release. In addition, due to the flexibility required to plan remote proceedings during the COVID-19 pandemic, the Court will reserve (and the parties shall calendar) Wednesday, May 12, 2021 at 3:00 p.m. as an alternate date for the conference. On consent of the parties, the conference shall take place remotely via CourtCall videoconferencing. The Court will email the parties directly with instructions for accessing the CourtCall conference. A separate order will follow containing instructions for members of the public to monitor the proceedings.

    IT IS FURTHER ORDERED THAT defense counsel shall discuss the attached Waiver of Right to be Present at a Criminal Proceeding form with Mejia prior to the proceeding. If Mejia consents, and is able to sign the form (either personally, or, in accordance with Standing Order M10-468, 20-mc-176 (CM) (S.D.N.Y. Mar. 11, 2021), by defense counsel), defense counsel shall provide the Court with the executed form prior to the proceeding. In the event that Mejia consents, but counsel is unable to obtain or affix Mejia's signature on the form, the Court will conduct an

inquiry at the outset of the proceeding to determine whether it is appropriate for the Court to add Mejia's signature to the form.

SO ORDERED.

Dated: May 3, 2021
New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITED STATES OF AMERICA

                 -v-                                    **WAIVER OF RIGHT TO BE PRESENT AT CRIMINAL PROCEEDING**

BLAUDIN MEJIA,

                                Supervisee.             7 -CR-574 (RJS)
------------------------------------------------------------------X

**Check Proceeding that Applies**

\_\_\_\_      Arraignment

I have been notified of the specifications of violation of the terms of supervised release that have been filed against me and have discussed the specifications with my attorney. I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York to confirm that I have received and reviewed the specifications; to have the specifications read aloud to me if I wish; and to enter a denial or admission of violation before the judge. By signing this document, I wish to advise the court that I willingly give up my right to appear in a courtroom in the Southern District of New York to be informed of these specifications and to enter a denial or admission.

Date: _____
            Signature of Defendant


           _____
            Print Name


\_\_\_       Supervised Release Conference

I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York at the time the conditions of my release on supervision or my remand to custody are discussed. I have discussed these rights with my attorney and wish to give up these rights for the period of time in which access to the courthouse has been restricted on account of the COVID-19 pandemic. I request that my attorney and I be permitted to participate by telephone, or if it is reasonably available by videoconferencing, in any conference with the court at which such conditions or my remand are discussed.

Date: _____
            Signature of Defendant


           _____
            Print Name

I hereby affirm that I am aware of my obligation to discuss with my client the specifications of violation of supervised release, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this waiver form.  I affirm that my client knowingly and voluntarily consents to the proceedings being held without my client being physically present in court.

Date: _____
Signature of Defense Counsel

_____
Print Name

**Addendum for a defendant who requires services of an interpreter:**

I used the services of an interpreter to discuss these issues with the defendant.  The interpreter also translated this document, in its entirety, to the defendant before the defendant signed it.  The interpreter's name is:

_____.

Date: _____
Signature of Defense Counsel

**Accepted:** _____
Signature of Judge
Hon. Richard J. Sullivan
United States Circuit Judge
Sitting by Designation
Date: