UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

BLAUDIN MEJIA,

                Supervisee.

No. 07-cr-574 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

IT IS HEREBY ORDERED the conference in this matter will take place on Wednesday, May 12, 2021 at 3:00 p.m. The Court will email the parties directly with instructions for accessing the CourtCall conference. Members of the public may monitor the proceedings through CourtCall's public access audio line by using the following credentials:

    Dial-in:        855-268-7844
    Access code:   32091812#
    PIN:           9921299#

SO ORDERED.

Dated:    May 5, 2021
           New York, New York

                                      RICHARD J. SULLIVAN
                                      UNITED STATES CIRCUIT JUDGE
                                      Sitting by Designation