# *Del Valle & Associates*

Attorneys at Law
445 Park Avenue
New York, New York 10022

tdvesq@aol.com

(212) 481-1900								Fax (212)481-4853

May 7, 2021

The Honorable Richard J. Sullivan
United States Circuit Judge
Second Circuit Court of Appeals
40 Foley Square New York, NY 10007
-Via ECF-

										Re:	USA v. Blaudin Federico Mejia
											07 Crim 574 (RJS)

Dear Judge Sullivan,

    Our office has been retained to represent Mr. Blaudin Federico Mejia in his pending violation of supervised release matter. This matter has been set for a status conference on May 12, 2021, at 3pm.

    On May 12, 2021, I have been ordered to appear before The Honorable Colleen McMahon at 2:30pm, for an "In Person" change of plea hearing in the matter of USA v. Antonio Yeris Almonte.

    I respectfully request a one-week adjournment of the Status Conference scheduled for May 12, 2021.

    Thank you for your consideration.

										Respectfully submitted,

										S/Telesforo Del Valle Jr.
										Telesforo Del Valle Jr., Esq.

Cc.	A.U.S.A. Emily Johnson, Esq.

---

Defense counsel's motion is granted. IT IS HEREBY ORDERED THAT the status conference scheduled for May 12, 2021 will take place on Wednesday, May 19, 2021 at 3:00 p.m. via CourtCall videoconference. The Court will email the parties directly with instructions for accessing the CourtCall conference. A separate order will follow containing instructions for members of the public to monitor the proceedings.

SO ORDERED:    _____
Dated: 5/7/2021    RICHARD J. SULLIVAN
                   U.S.C.J., Sitting by Designation