UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

BLAUDIN MEJIA,

                Supervisee.

No. 07-cr-574 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    As the Court previously ordered (Doc. No. 66), a status conference in this matter will take place on Wednesday, May 19, 2021 at 3:00 p.m. via CourtCall videoconference. The Court will email the parties directly with instructions for accessing the CourtCall conference. Members of the public may monitor the proceedings through CourtCall's public access audio line by using the following credentials:

        Dial-in:         855-268-7844
        Access code:   32091812#
        PIN:            9921299#

SO ORDERED.

Dated:    May 12, 2021
            New York, New York

                                              RICHARD J. SULLIVAN
                                              UNITED STATES CIRCUIT JUDGE
                                              Sitting by Designation