UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>BLAUDIN MEJIA,<br><br>                Supervisee. | No. 07-cr-574 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

    As the Court ordered during the VOSR presentment held on May 19, 2021, Supervisee's sentencing will take place on Friday, July 16, 2021 at 11:00 a.m. in Courtroom 23A at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007. Members of the public may monitor the proceeding in-person in Courtroom 23A or via the Court's free audio-line by dialing 1-888-363-4749 and using access code 3290725#.

SO ORDERED.

Dated:    July 7, 2021
            New York, New York

                                                      RICHARD J. SULLIVAN
                                                      UNITED STATES CIRCUIT JUDGE
                                                      Sitting by Designation